# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V | : | CRIMINAL NO. 7:11-CR-28-HL |
| | : | |
| GARY LOCKETT, | : | VIOLATION: 21 U.S.C. 841(a)(1) and |
| | : | 841(b)(1)(B)(ii)(II) and (iii) |
| Defendant | : | 21U.S.C. 841(a)(1) and 841(b)(1)(D) |
| | : | 18 U.S.C. 924(c)(1)(A)(I) |
| | : | |

**ORDER**

The Defendant's Motion to Continue Pre-Trial Conference and Trial, having been read and carefully considered, the Court finds that the ends of justice served by granting said motion outweigh the best interests of the public and the defendant to a speedy trial.

IT IS HEREBY ORDERED that the foregoing Motion to Continue is GRANTED and this matter shall be continued.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be deemed excusable delay pursuant to the provisions to Title 18, United States Code Section 3161(h) in computing time from indictment to trial under the Speedy Trial Act.

SO ORDERED this <u>1st</u> day of <u>July</u>, 2011.

                                                s/ Hugh Lawson
                                                HONORABLE HUGH LAWSON
                                                UNITED STATES DISTRICT JUDGE