## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

**UNITED STATES OF AMERICA**        :
                                    :
    v.                               :        Case Number: 7:11-CR-28  (HL)
                                    :
**GARY LOCKETT,**                   :
                                    :
    Defendant.                       :
_____

## <u>ORDER</u>

The trial of this case, presently scheduled to begin October 11, 2011 in Valdosta,  is hereby continued until January 9, 2012.  The Court continues this case based on a request by the Defendant's counsel.  Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act.  18 U.S.C.A. §§ 3161 to 3174.

**SO ORDERED**, this the 26th day of September, 2011.


*s/  Hugh Lawson*
**HUGH LAWSON, JUDGE**